IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                     Cr. No. 1:17-CR-10101-STA-4

APRIL LYNN PARTEE

    Defendant.

ORDER AND NOTICE OF SETTING

Upon motion of the Defendant, with no objection from the government and for good cause shown, it appears that the Motion to reset the change of plea date is well taken and should be granted.

IT IS THEREFORE **ORDERED** that the change of plea is set for Monday, August 20, 2018 at 9:30 am.

Entered this 6th day of August, 2018.

                                              **s/S. Thomas Anderson**
                                              **HONORABLE S. THOMAS ANDERSON**
                                              **CHIEF UNITED STATES DISTRICT JUDGE**