# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:17-10101-STA |
| APRIL LYNN PARTEE, ) | |
| Defendant. ) | |

## ORDER ON CHANGE OF PLEA
## AND NOTICE OF SETTING

This cause came to be heard on August 20, 2018, Assistant United States Attorney, Taylor Eskridge, appearing for the Government and the defendant, April Lynn Partee, appearing in person, and with counsel, LaRonda Martin.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 7 Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, DECEMBER 4, 2018 at 10:00 A.M., before Chief Judge S. Thomas Anderson.**

Defendant to remain released on present bond.

**ENTERED** this the 20th day of August, 2018.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT