IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| v. | * |
| | * CR. NO. 17-10101-STA |
| APRIL LYNN PARTEE | * |
| Defendant. | * |

### ORDER AND NOTICE OF RESETTING

Upon Motion of the Defendant herein and for good cause shown, the **sentencing** is hereby re-set until the 7th day of December, 2018 at 2:15pm.

IT IS SO ORDERED.

DATE: November 5, 2018.

        s/S. Thomas Anderson
        HONORABLE S. THOMAS ANDERSON
        CHIEF UNITED STATES DISTRICT JUDGE